UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RONALD SATISH EMRIT, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-52 |
| BETSY DEVOS, *et al.*, | § § | |
| Defendants. | § § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation (M&R), entered on February 19, 2020. (D.E. 2). The M&R recommends that the Court dismiss as frivolous Emrit's complaint under 28 U.S.C. § 1915(e)(2)(B) and warn Emrit that he could be subject to sanctions should he continue to file frivolous suits in this district.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the magistrate judge's memorandum and recommendation is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate

1 / 2

Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 2). Accordingly, the complaint is **DISMISSED**. Emrit is warned that he could be subject to sanctions, including filing restrictions, should he continue to file frivolous suits in this district.

SIGNED and ORDERED this 17th day of March, 2020.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE